DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DELIA AMARO, AS GUARDIAN OF ANASTASIA AMARO

Appellant,

v.

FLORIDA LAW GROUP,

Appellee.

No. 2D23-65

_____

December 15, 2023

Appeal from the Circuit Court for Hillsborough County; Vivian Corvo, Judge.

Lisa A. Hoppe of Lisa A. Hoppe, P.A., of Saint Petersburg, for Appellant.

Steve Rawls of The Florida Law Group, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.